Case 1:09-cv-00344-CMA   Document 18   Filed 05/14/09   USDC Colorado   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00344-BNB

LEROY E. VALDEZ,

    Applicant,

v.

SUSAN JONES (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2009

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion for summary judgment and order of release from custody, submitted to and filed with the Court on April 30, 2009, is DENIED as premature. To the extent Applicant seeks the appointment of counsel to represent him in the reply he filed with the Court on May 7, 2009, the request is DENIED as premature. To the extent he seeks to supplement the amended habeas corpus application he filed on March 13, 2009, the request is GRANTED. Respondents will be allowed **twenty (20) days from the date of this minute order** in which to supplement their pre-answer response with a response to Applicant's May 7 supplement. No further supplementation by Applicant or Respondents will be allowed unless ordered by the Court.

Dated: May 14, 2009

Copies of this Minute Order mailed on May 14, 2009, to the following:

Leroy E. Valdez
Prisoner No. 54900
Colorado State Penitentiary
PO Box 777 – B7-11
Cañon City, CO 81215- 0777

Christopher Y. Bosch
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    Secretary/Deputy Clerk