IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00344-CMA-BNB

LEROY E. VALDEZ,

Applicant,

v.

SUSAN JONES (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Judgment on Item 27-29, and Oajection (sic) to Item 26 , and Respondent's Answer until Judgement Entered** [docket no.34, filed July 13, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED.


DATED:  October 14, 2009