**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00344-CMA-BNB

LEROY E. VALDEZ,

    Applicant,

v.

SUSAN JONES, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR WRITTEN RECORD OF CASE

This matter is before the Court on Applicant Leroy E. Valdez's Application for Writ of Habeas Corpus (Doc. # 7).  It is hereby

ORDERED that on or before December 28, 2009, the Clerk of the Jefferson County District Court shall provide to this Court the original written record, including transcripts, of a July 14, 2006 evidentiary hearing in connection with a Crim. P. 35(c) Post-Conviction Motion for Jefferson County Criminal Case Number 98CR3147, *People v. Leroy Valdez.*  It is

FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Jefferson County District Court, Golden, Colorado, by regular mail.

DATED:  December __15__, 2009

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge