IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00344-CMA

LEROY E. VALDEZ,

    Applicant,

v.

SUSAN JONES, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

The matter before the Court is Applicant's Request For Release Pursuant To F.R.A.P. Rule 23(b)(3) (Doc. # 51). This Court previously found that a certificate of appealability shall not issue in this case because Applicant has not made a substantial showing of the denial of a constitutional right.[1] Accordingly, it is

ORDERED that Applicant's Request For Release Pursuant To F.R.A.P. Rule 23(b)(3) (Doc. # 51) filed Oct. 5, 2010 is denied.

DATED: October 6, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] Order at 18 (Doc. No. 46; Sep. 9, 2010); 28 U.S.C. § 2253(c)(2); Fed. R. Governing Section 2254 Cases 11(a).