FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 16 2013
JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00344-CMA

LEROY E. VALDEZ,

Petitioner,

v.

SUSAN JONES, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 3rd day of June, 2013.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00344 CMA

Jefferson County District Court
100 Jefferson County Court & Administrative Facility
Golden, CO 80401

Leroy E. Valdez
# 54900
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777

Christopher Yannis Bosch
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 07/16/2013 .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
Deputy Clerk