**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2013

**JEFFREY P. COLWELL**
**CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00344-CMA

LEROY E. VALDEZ,

      Petitioner,

v.

SUSAN JONES, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

      Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final.  It is, therefore

      ORDERED that the Clerk shall return the State Court Record.

      DATED at Denver, Colorado, this __3rd__ day of June, 2013.

            BY THE COURT:

            _Christine M Arguello_
            CHRISTINE M. ARGUELLO
            United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-00344 CMA

Jefferson County District Court
100 Jefferson County Court & Administrative Facility
Golden, CO 80401

Leroy E. Valdez
# 54900
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777

Christopher Yannis Bosch
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  07/16/2013  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi_____
Deputy Clerk